AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| LUXOTTICA GROUP S.p.A., an Italian corporation,<br><br>*Plaintiff(s)*<br>v.<br>KELS BRAND, LLC, a Florida limited liability company, BRAND INT. CO., a Florida corporation, and JACQUELINE KELS, individually,<br><br>*Defendant(s)* | Civil Action No.  25-CV-60540 ROSENBERG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  
KELS BRAND, LLC  
C/O JACQUELINE KELS, REGISTERED AGENT  
111 NE 3RD ST.  
HALLANDALE BEACH, FL 33009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID B. ROSEMBERG, ESQ.  
ROSEMBERG LAW  
20200 W. DIXIE HWY., STE 602  
AVENTURA, FL 33180  
TEL: 305.602.2008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Mar 21, 2025

Angela E. Noble  
Clerk of Court

s/ Patricia Curtis  
Deputy Clerk  
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| LUXOTTICA GROUP S.p.A., an Italian corporation, *Plaintiff(s)* <br><br> v. <br><br> KELS BRAND, LLC, a Florida limited liability company, BRAND INT. CO., a Florida corporation, and JACQUELINE KELS, individually, *Defendant(s)* | Civil Action No. 25-CV-60540 ROSENBERG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
BRAND INT. CO.
C/O JACQUELINE KELS, REGISTERED AGENT
121 NE 3RD ST.
HALLANDALE, FL 33009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
DAVID B. ROSEMBERG, ESQ.
ROSEMBERG LAW
20200 W. DIXIE HWY., STE 602
AVENTURA, FL 33180
TEL: 305.602.2008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Mar 21, 2025

Angela E. Noble
Clerk of Court

s/ Patricia Curtis
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| LUXOTTICA GROUP S.p.A., an Italian corporation, *Plaintiff(s)* v. KELS BRAND, LLC, a Florida limited liability company, BRAND INT. CO., a Florida corporation, and JACQUELINE KELS, individually, *Defendant(s)* | Civil Action No. 25-CV-60540 ROSENBERG |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  
JACQUELINE KELS  
121 NE 3rd St  
Hallandale Beach, FL 33009-4218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID B. ROSEMBERG, ESQ.  
ROSEMBERG LAW  
20200 W. DIXIE HWY., STE 602  
AVENTURA, FL 33180  
TEL: 305.602.2008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 21, 2025

Angela E. Noble  
Clerk of Court



SUMMONS

*s/ Patricia Curtis*  
Deputy Clerk  
U.S. District Courts